IN THE FEDERAL UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN THE CITY OF DENVER, COLORADO

ERIC LEVANTER DeMILLARD,

    PLAINTIFF (GIDEON),  CASE NO. 1:23:cv-00543-

V.  KLM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 25 2023
JEFFREY P. COLWELL
CLERK

COLORADO STATE PATROL,

    DEFENDANT #1

    (NEHOR #1********),

*************************

AND

COLORADO STATE CAPITOL BUILDING

SERGEANT-AT-ARMS SECURITY FORCE,

# FIRST AMENDMENT-PROTECTED EMERGENCY LEGAL MOTION FOR THE FEDERAL DISTRICT COURT TO JUSTLY !!!! BRING TO FEDERAL FRUITION ALMA 1:1-33 !!!

<u>**IN THE SAC-**</u>

DEFENDANT #2

↑

(NEHOR #2**********).

<u>**RED BOOK OF**</u>

<u>**MORMON**</u> ****

UNITED STATES DIST-

RICT COURT MAGIS-

TRATE JUDGE KRISTIN L.

MIX, PRESIDING ******

COMES NOW the Legally-Successful and the Legally-Prevailing PLAIN-TIFF, One Hundred Per Cent Temple-Worthy Male Gender-Born L.D.S. Mormon Brother Eric Levanter DeMillard (Month of Birth: September of 1956), before the Honesty-Oriented and the Integrity-Oriented *** Federal United States District Court and the PLAINTIFF, Male Gender-Born L.D.S. Mormon Brother Eric Levanter DeMillard (hereafter Legally Referred to as the "PLAINTIFF"), does wish to take this opportunity to Legally Inform the Court of the <u>**FEDERAL FACT**</u> **(!!)** the Legally-Successful and the Legally-Prevailing "PLAINTIFF" did very Obediently Legally Obey a Directive from the local Denver County District Attorney's Office to very obediently Legally Attend a local <u>**PRE-TRIAL CONFERENCE**</u> **(!!)** yesterday on Friday, May 19,

2023 in Courtroom 5A of the local Denver County, Colorado Lindsey-Flanigan Courthouse which is geographically located at 502 West Colfax Avenue in Denver, Denver County, Colorado and the local **PRE-TRIAL CONFERENCE (!!)** did very Justly and did very Properly take place in front of Denver County District Court Judge Karen L. Brody and, most patently obviously, **NONE OF THE PREDATORY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* AND NONE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* OF THE AGGRESSIVE-BEYOND-BELIEF (!!)** "members" **OF THE TWO ABOVE-LISTED FEDERALLY-PROHIBITED DEFENDANTS ATTENDED THE 5-19-2023 PRE-**

**TRIAL CONFERENCE (!!) BECAUSE BOTH OF THE ABOVE-LISTED CROOKED AND CORRUPT (!!) "members" OF THE TWO ABOVE-LISTED DEFENDANTS (!!) ARE ALL ONE HUNDRED PER CENT COMPLETELY UNCONCERNED ABOUT THE HORRIBLE SUFFERINGS OF EXTREMELY HAPLESS (!!) COLORADO GUN VIOLENCE VICTIMS SUCH AS THE SIXTY SIX-YEAR-OLD**

# MEDICALLY INCAPACITATED "PLAINTIFF" WHO IS A TEMPLE-WORTHY L.D.S. MORMON BROTHER ******!!

**PUT 'EM ALL IN FEDERAL UNITED STATES ******************PENITENTIARIES AND LET OUR HEAVENLY FATHER IN HEAVEN SORT 'EM ALL OUT ********!!**

RESPECTFULLY SUBMITTED,

L.D.S. MORMON BROTHER ERIC L. DeMILLARD 5-20-23

SEE CANTWELL v. CONNECTICUT, 310 U.S. 296 (1940)

**RADIOLOGY IMAGING ASSOCIATES**
2 MERIDIAN BLVD
3RD FLOOR
WYOMISSING, PA 19610-3202
RETURN SERVICE REQUESTED

Billing Dept: 1-833-699-0099
Patient Name: ERIC LEVANTER DEMILLARD
Office Hours: 6:00am - 6:00pm MST M-F (Pay by Phone 24/7)
Service Location: SCL HEALTH LUTHERAN

**Online Payment Options**
- https://www.riaco.com/payment/
- Text "PAY" to 855-716-0286
- Scan the QR code
- Care Credit is also accepted!
  Apply or pay directly at
  https://www.carecredit.com/go/645TMV/
Statement ID: 1392934389   Account #: EX220328519



| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| EX220328519 | 06/05/2023 | $19.76 | $ |

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

174356 - 201

ERIC LEVANTER DEMILLARD
1443 DEPEW ST
LAKEWOOD CO 80214-2236

RADIOLOGY IMAGING ASSOCIATES
PO BOX 371863
PITTSBURGH PA 15250-7863

0001392934389000019813100000019760007

*THIS IS OFFICIAL COLORADO VICTIM BLAME!* (handwritten)

Please detach and return top portion with payment. See reverse side for correspondence mailing address.

| Statement Date | Due Date | Amount Due |
|---|---|---|
| 05/06/2023 | 06/05/2023 | $19.76 |

| Date | Doctor | Code | Description | Amount |
|---|---|---|---|---|
| 09/01/2021 | MATTHEW GIPSON MD | 71045 | CHEST XRAY 1 VIEW | 35.00 |
| 09/01/2021 | PHILIP GUNTHER MD | 71275 | CT ANGIO CHEST | 352.00 |
| 09/24/2021 | | | MEDICARE COLORADO PAYMENT ACH-891683669 | -7.32 |
| 09/24/2021 | | | MEDICARE COLORADO W/O | -25.86 |
| 09/24/2021 | | | <<IMPORTANT MESSAGE>> COINSURANCE: 1.82 | 0.00 |
| 09/24/2021 | | | MEDICARE COLORADO PAYMENT ACH-891683669 | -72.10 |
| 09/24/2021 | | | MEDICARE COLORADO W/O | -261.96 |
| 09/24/2021 | | | <<IMPORTANT MESSAGE>> COINSURANCE: 17.94 | 0.00 |

Due within 30 days of statement date This invoice is for the professional interpretation of your imaging study provided by a Radiologist for services rendered at the location listed. You may receive a separate invoice from the facility where your procedure was performed.

This bill is your responsibility. If you have insurance to cover this balance, please call us with your insurance information. Thank you.

Account: EX220328519
Patient Name: ERIC LEVANTER DEMILLARD
Billing Dept: 1-833-699-0099
Office Hours: 6:00am - 6:00pm MST M-F
Fax Number: 302-440-3473
Tax ID: 84-0597929
Service Location: SCL HEALTH LUTHERAN

**ria RADIOLOGY IMAGING ASSOCIATES PC**

RADIOLOGY IMAGING ASSOCIATES
PO BOX 223862
PITTSBURGH, PA 15251-2862

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. *Text Message rates may apply

1 of 1

174356-201-19455305

| MUSIC | CAFE | CULTURE | NIGHT+DAY | **NEWS** | LETTERS | CONTENTS | westword.com |

# NEWS

## YET MORE DORKETTES

## The White Stuff

SAIRA RAO TAKES AIM AT THE SECOND AMENDMENT WITH HERE4THEKIDS.

### BY BENJAMIN NEUFELD

**Saira Rao, the former Colorado congressional** candidate and co-author of *White Women: Everything You Already Know About Your Own Racism and How to Do Better*, was lying in bed on the night of March 27, dwelling on the persistent issue of gun violence in America after the school shooting that day in Nashville, when she had an idea.

Rao would like to see the Second Amendment dismantled nationwide, starting in Colorado. That night, she dreamed up the idea for Here4TheKids, which calls for women of color to use the power of white women to achieve that goal.

"White women have the most power in the country, and they have the most privilege. They can actually effect change," says Rao.

She and her co-founders envision a large group of white women under the leadership of women of color, using their political clout to force governors across the country to sign executive orders banning guns.

And Here4TheKids is taking aim first at Colorado, a state where guns are the leading cause of death for children and teens, and at Governor Jared Polis — whose voting base is made up largely of white women, Rao notes. Tens of thousands of white women have signed up to participate in a sit-in at the Colorado Capitol that will start at 5 a.m. June 5, she says. Rao expects that number to grow over the next few weeks.

Rao is also the co-founder of Race2Dinner, "a movement to inspire white women" through the organization, women pay thousands of dollars to attend dinner parties with Rao and Jackson. During the gatherings, Rao, who is Indian American, and Jackson, who is Black, confront their white guests with "cold, hard truths" about their complicity in white supremacy — despite their best intentions as liberals.

The dinners originally took place only in Denver, but have since gone nationwide.

The pair will host four dinners this year, at $2,500 per guest. All four are already sold out.

In the years since it started, Race2Dinner has attracted plenty of controversy. The *New York Post* called it a "for-profit money grab" last year. Still, Rao and Jackson have amassed a dedicated following of racially conscious white women, whom they now plan to weaponize for their current priority: getting rid of guns.

According to Rao, this movement of white women is the country's "only chance of getting a repeal of the Second Amendment."

"Following decades of never-ending violence against children in schools, "we have been abandoned" by our politicians, she says.

"I mean, look at your brave blue state legislature that just killed an assault weapons ban on the eve of the Columbine anniversary," Rao notes, pointing to House Bill 23-1230, which was voted down by a committee during an April 19 hearing at the Colorado Legislature.

The Here4TheKids Instagram page just became active on April 12 and already has over 40,000 followers. It's gotten shoutouts

*Wolf Terry (left) and other people canvassing for the Here4TheKids movement.*
WOLF TERRY

personal connections with the state as well as Colorado's blue governor, and "inordinate amount of school shootings," starting with Columbine and recently spreading to East High, where a student shot two deans, on March 22 and later committed suicide.

Rao lived in Denver, until she moved to Virginia last August; if she'd stayed here, her daughter would have gone to East High School. "It's a war zone there. ... It's like target practice," she says.

And Here4TheKids is serious about stopping the violence and making schools safe by giving real momentum to the anti-gun cause. "Republicans have been playing chess, we have been blowing bubbles," Rao says. This movement, on the other hand, "is coming and showing up for the game."

this sort of like a campaign," she says. Under the direction of Tina Strawn, one of the other founders of Here4TheKids, Terry and other white women dedicated to the movement have been working hard in Denver, meeting, organizing and canvassing to build their coalition.

Terry was drawn to the movement "so that we can go to the grocery store without the fear of being shot," she says. "My kid's autistic, by the way, if there's an active shooter at his school, he's going to be the first one killed."

Getting involved in Here4TheKids is about "putting aside our white woman fragility, getting comfortable with the discomfort, leaning in and organizing to actually make change happen with the help of Black leaders who are leading the way," Terry notes.

She'll be at a community-organizing event

KEEP UP ON DENVER NEWS AT WESTWORD.COM/NEWS

HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  YAHOO PLUS  Download the Yahoo News app

yahoo!news                                            Sign in    Mail

💬 735

f

🐦

✉



In a family court hearing in Vista, California, on October 28, 2021, Commissioner Patti Ratekin chastised Jill Montes for allegedly alienating her kids from her ex-husband.Superior Court of California, San Diego County

"Ma'am, you didn't show very well in the report. You are toxic. You're poisonous. You're an alienator," Ratekin told Montes at a hearing on October 28, 2021. "I don't believe for a second" that Robert's father molested him. "Not for a second," she repeated. "I think you've put it in his head."

Ratekin acted swiftly, granting Winenger's bid for custody and ordering him to enroll Robert and his sisters in Family Bridges, a program that claims to help "alienated" children reconnect with a parent they've rejected. She barred Montes, a stay-at-home mom and home schooler, from all contact with her children for at least 90 days, a standard prerequisite for admission to the program.

"I just wanted to crumble," Montes said.

### Rejected as a psychiatric disorder

Parental alienation is a fairly recent idea, conceived in the 1980s by a psychiatrist, Dr. Richard Gardner, who argued that divorcing mothers, desperate to win custody suits, were brainwashing children against their fathers. In "severe" cases, Gardner wrote, children with "parental alienation syndrome" must be removed from their mothers, transferred to the care of their fathers, and reeducated through what he called "threat therapy."

Alienation has never been accepted as a psychiatric disorder by the medical establishment. Yet today, mental-health practitioners across the United States assess and

Case No. 1:23-cv-00542-LTB    Document 26    filed 05/25/23    USDC Colorado    pg 9 of 13

reasoning and anchored almost entirely in anecdotal data.

💬 735

"I still believed in that day that if you did careful, thoughtful analytic scholarship, people would read it and be persuaded by it," she said.

### The scarlet 'A'

Jill Montes had always wanted a big family. In 2008, she already had a 5-year-old daughter, Paige, with a man she'd divorced, and she was finding regular work as an actor in Los Angeles. She decided to adopt an infant son, Robert.

The next year, she met Thomas Winenger, who had master's degrees in engineering and business, on eHarmony. "He wanted to talk a lot about faith and God, and that wooed me," she said. She also welcomed his interest in Robert, whom she was insecure about raising alone.



YET ANOTHER VERY EMOTION-ALLY IMMATURE HATE-FILLED AMERICAN EX-TREME ULTRA-RADICAL FEM-INIST WHO NOW IS ALL ALONE!

Her son said his stepdad was sexually abusive. A judge gave the step... https://news.yahoo.com/her-son-said-her-ex-181227896.html

HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | Download the Yahoo News app

yahoo!news　　Sign in　Mail

💬 735

proposal to the American Psychiatric Association to include "parental alienation disorder" in the next version of its Diagnostic and Statistical Manual of Mental Disorders, or DSM, and authored a scholarly article making the case for inclusion. He submitted a similar application to the World Health Organization, which was revising its International Classification of Diseases.

Bernet declined a request for an interview. But in a 2010 book, he wrote that since alienation scholarship had advanced in the wake of Gardner's death, "there is no need now to dwell on the details of what Richard Gardner did or said or wrote."

At the AFCC's conference in Denver in June 2010, Warshak was given a platform to discuss his Family Bridges paper, as was Bernet, to describe his DSM bid. Other presenters staked out a more moderate stance, arguing that while alienation was a pervasive problem, there was insufficient research to support construing it as a mental illness or ordering extreme interventions.

A few alienation opponents presented, including Joan Meier. But she said she flew home to Washington in tears.

"Everywhere I turned, alienation was the coin of the realm," she said.

Woman accused of drugging date in Miami, stealing $600,000 in jewelry    https://www.yahoo.com/news/woman-accused-drugging-date-miami...

💬 937                                                              ✕

f

𝕏

**CBS NEWS**

# Woman accused of drugging date in Miami, stealing $600,000 in jewelry



Miami Police Department

YET ANOTHER VERY EMOTION-ALLY IMMATURE HATE - FILLED AMERICAN EX-TREME ULTRA-RADICAL FEM-INIST WHO NOW IS ALL ALONE!!

**CBSNews**
Fri, May 19, 2023 at 8:22 AM MDT · 2 min read

Police in Miami are searching for a woman accused of drugging a man she went out on a date with and stealing more than $600,000 in Rolexes and other jewelry from him. Police released surveillance video of the suspect and urged the public to contact them if they recognize her.

According to news release from the Miami Police Department, the man met the woman at a club on May 7 and took her back to his place at around 5:30 a.m. the next morning. The man, who was not identified, said he had a drink with the woman in his apartment and fell asleep.

**TRENDING**

A woman in the audience when Oprah gave everyone cars recounts a striking comment th... 
INSIDER · 3 min read

A woman with 3 degrees who owes $250,000 in student loans at age 59 asked Dave Ramsey fo... 
INSIDER · 3 min read

$3 billion accounting error means the Pentagon can send more weapons to Ukraine 
Associated Press · 3 min read

Jimmie Allen apologizes to pregnant wife for 'humiliating' 

| HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE |

**yahoo!news**    Sign in    Mail

News | US | Politics | World | COVID-19 | Climate Change | Health | Science | Originals | Contact Us

💬 1.5k    **Minyvonne Burke and Alicia Victoria Lozano**
Fri, May 19, 2023, 12:39 PM MDT · 5 min read

PARK CITY, Utah — A woman who allegedly spiked her husband's drink with fentanyl and then wrote a children's book about grief after he died is now accused of secretly taking out almost $2 million in life insurance policies on him.

The allegations against Kouri Richins were raised in an amended court document filed Thursday that led to the postponement of a detention hearing originally scheduled for Friday.

Richins, 33, is charged with aggravated murder and three counts of possession of a controlled substance with intent to distribute following the death of her husband, Eric Richins, last March 4.

He was found unresponsive in the bedroom of their home in Kamas, about 40 miles southeast of Salt Lake City, after she made him a Moscow Mule to celebrate a business deal. An autopsy and a toxicology report found that he died from a fentanyl overdose, according to a probable cause statement.

Prosecutors said Richins slipped five times the lethal dose of fentanyl into the cocktail.

**TRENDING**


**Democrat Can't Hide Shock Over CNN Anchor's George Santos Question: 'Come On Now!'**
HuffPost · 1 min read


**The US military thought it killed a senior Al Qaeda leader in a drone strike, but some officials are no...**
Business Insider · 3 min read


**'No Labels' Eyes a Third-Party Run in 2024. Democrats Are Alarmed.**
The New York Times · 6 min read


**A 40-year-old woman had heart palpitations and thought it was because she worked out too har...**
INSIDER · 5 min read


**A woman with 3 degrees who owes $250,000 in student loans at age 59 asked Dave Ramsey fo...**
INSIDER · 3 min read

POPULAR


New details on Utah author charged with fatally poisoning husband



YET ANOTHER VERY EMOTION- ALLY IMMATURE HATE-FILLED AMERICAN EXTREM! ULTRA-RADICAL FEMINIST WHO NOW IS ALL ALONE!!

Children's Author Accused of Husband's

L.D.S. MORMON BROTHER ERIC L.
1443 DEPEW STREET
DEMILLARD
LAKEWOOD, COLORADO 80214

[LEGAL MAIL]

To: CLERK, FEDERAL UNITED STATES
DISTRICT COURT
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294