IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00542-SBP

ERIC LEVANTER DEMILLARD,

    Plaintiff,

v.

COLORADO STATE PATROL, and
COLORADO STATE CAPITOL BUILDING SERGEANT-AT-ARMS SECURITY FORCE,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, who is a resident of Lakewood, submitted to the court *pro se* a "February 23, 2023 Legally Meritorious Cause of Action to Protect the Civil Rights of the Colorado State Capitol Visitors****!!" (ECF No. 1)[1].

The Court ordered Plaintiff to cure certain filing deficiencies. (ECF No. 3.) Specifically, Plaintiff was directed to file a fully-completed, Court-approved Complaint form. (*Id.* at 2); *see also* D.C.COLO.LCivR 5.1(c) (unrepresented parties must use the forms posted on the court's website). The Court also directed Plaintiff to submit either a Court-approved Application to Proceed in District Court Without Prepaying Fees or

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

1

Costs (Long Form) form, or, in the alternative, pay the $402.00 filing fee. (*Id.* at 1-2.) The Court gave Plaintiff thirty days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.* at 2-3.)

Plaintiff has not cured the identified deficiencies or requested an additional extension of time to comply—and the time to do so has expired. (*See* docket.) Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this   15th   day of   September  , 2023.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, Senior Judge
                United States District Court